# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2679

———————————————

Maud Opoku-Agyeman

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: May 13, 2016
Filed: May 17, 2016
[Unpublished]

——————————

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Maud Opoku-Agyeman, a citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals affirming an immigration judge's denial of her application for cancellation of removal under 8 U.S.C. § 1229b(b)(1). We conclude that the arguments she presents to this court are unavailing, and thus we deny the petition. See 8th Cir. R. 47B.

———————————————